■ The People of the State of New York ex rel. Tyrone Johnson, Appellant, v Warden, Rikers Island Correctional Facility, et al., Respondents. [790 NYS2d 390]—Order, Supreme Court, Bronx County (Edward M. Davidowitz, J.), entered June 22, 2004, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Buckley, P.J., Mazzarelli, Friedman, Marlow and Sullivan, JJ. [*See* 4 Misc 3d 535.]